**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL COOK,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 12-2627 RS

**ORDER DISMISSING ACTION**

On May 24, 2012 an order issued directing plaintiff file a written brief within 30 days showing, cause, if any he had, why this action should not be dismissed in light of the fact that it was filed in state court in violation of the Court's prior orders, it was filed before plaintiff received the final agency decision, and it is duplicative of Case No. C 12-2336 RS. The time period for filing a response has expired, and plaintiff has submitted none. Accordingly, good cause appearing, this action is dismissed and the Clerk shall close the file. Plaintiff is advised that this order has no effect on his pending petition for review of the Social Security Agency's final decision regarding the Supplemental Social Security Income checks that were returned to it. That matter remains pending and active under Case No. C 12-2336 RS.

IT IS SO ORDERED.

Dated: 7/16/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 12-2627 RS

1  **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

2

3  **Michael Cook**
T-79529
4  Pelican Bay State Prison
Post Office Box 7500
5  Crescent City, CA 95532

6

7

8  DATED:   7/16/12

9

10                                          /s/ Chambers Staff

11                                          Chambers of Magistrate Judge Richard Seeborg